IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LASONJA PORTER, et al.,

      Plaintiffs,                  No. CIV S-06-2099 MCE GGH PS

    vs.

CITY OF DAVIS POLICE DEPARTMENT, et al.,

<u>ORDER</u>

      Defendants.

_____/

      Plaintiffs have requested an extension of time to file an amended complaint and obtain counsel for their minor children pursuant to the court's order of December 4, 2006.  Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiffs' January 3, 2007 request for an extension of time is granted; and

      2. Plaintiffs are granted thirty days from the date of this order in which to file and serve an amended complaint and file a substitution of attorneys for their minor children.

DATED: 1/11/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS,
UNITED STATES MAGISTRATE JUDGE

GGH:076 - Porter2099.36.wpd