BRUCE A. KILDAY (CA Bar No. 66415)
bkilday@akk-law.com
DOUGLAS R. THORN (CA Bar No. 133521)
dthorn@akk-law.com
JOHN A. WHITESIDES (CA Bar No. 125611)
jwhitesides@akk-law.com
Angelo, Kilday & Kilduff
601 University Avenue, Suite 150
Sacramento, California  95825
Telephone – (916) 564-6100
Facsimile – (916) 564-6263

Attorneys for Defendants JAMES HYDE, STEVE PIERCE, GINA ANDERSON, ILYA BEVUGLOZ and MATT FRANTI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASONJA PORTER, an individual, CHRISTOPHER JONES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF DAVIS POLICE DEPARTMENT, JAMES HYDE, an individual, as Chief of Police of the City of Davis Police Department, STEVE PIERCE, an individual, GINA ANDERSON, an individual, ILYA BEVUGLOZ, an individual, MATT FRANTI, an individual, DAVIS HENDERSON, as DISTRICT ATTORNEY FOR THE YOLO COUNTY OFFICE OF THE DISTRICT ATTORNEY, YOLO COUNTY, CHRIS BURKELY, an individual, SUPERIOR COURT; and DOES I THROUGH XXX, inclusive<br><br>Defendants. | Case Number: 2:06-CV-02099-MCE-GGH<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>[Local Rule 6-144(c)<br><br><br><br><br><br>Date:  Ex Parte<br>Time:  Ex Parte<br>Place: Courtroom 24<br>Judge: Hon. Gregory G. Hollows |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court has considered the moving parties' initial ex parte application for an extension of time to respond to Plaintiffs' Amended Complaint, and good cause appearing therefore, hereby grants the application.

Defendants JAMES HYDE, STEVE PIERCE, GINA ANDERSON, ILYA BEVUGLOZ and MATT FRANTI shall have through and including July 16, 2007 to respond to Plaintiffs' Amended Complaint.

    IT IS SO ORDERED

Dated: 6/25/07                        /s/ Gregory G. Hollows
                                           United States Magistrate

Porter.eot

ORDER GRANTING EXTENSION OF TIME