IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LASONJA PORTER, et al.,

    Plaintiffs,                       No. CIV S-06-2099 MCE GGH PS

    vs.

CITY OF DAVIS POLICE DEPARTMENT, et al.,

<u>ORDER</u>

    Defendants.

_____/

Plaintiffs have requested an extension of two months to respond to and appear for motions to dismiss currently set for hearing on July 26 and August 16, 2007. Plaintiffs have submitted a physician's note requesting that the hearings be postponed due to an acute health issue. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiffs' July 20, 2007, request for extension of time is granted.

    2. The hearings on these motions are continued from July 26, 2007, and August 16, 2007, to September 27, 2007.

    3. Plaintiffs shall file oppositions to the pending motions to dismiss and motion to strike filed June 21 and July 13, 2007, on or before September 13, 2007.

\\\\\

1       4. This order is subject to any objections defendants may file within ten days of this order.

3 DATED: 7/23/07

/s/ Gregory G. Hollows

GGH:076 -Porter2099.eot.wpd

GREGORY G. HOLLOWS,
UNITED STATES MAGISTRATE JUDGE