IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LASONJA PORTER, et al.,

      Plaintiffs,                No. CIV S-06-2099 MCE GGH PS

      vs.

CITY OF DAVIS POLICE DEPARTMENT, et al.,

<u>ORDER</u>

      Defendants.

_____/

On July 24, 2007, plaintiffs were granted an extension of two months to respond to and appear for two motions to dismiss. The order was subject to any objections defendants might wish to file. Defendants filed objections on July 25 and 30, 2007. In consideration of those objections, IT IS HEREBY ORDERED that:

1. Plaintiff Porter shall submit medical records to chambers for in camera review, in order to substantiate her need for a two month extension of time, by **August 27, 2007**.

\\\\\
\\\\\
\\\\\
\\\\\

1

2. If the records are not submitted or if they fail to show sufficient reason for the failure to timely file an opposition or to support the two month extension, both motions to dismiss will be taken under submission without opposition or hearing.

DATED: 8/7/07

/s/ Gregory G. Hollows

GGH:076 -Porter2099.med.wpd

GREGORY G. HOLLOWS,
UNITED STATES MAGISTRATE JUDGE