IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LASONJA PORTER, et al.,

      Plaintiffs,                      No. CIV S-06-2099 MCE GGH PS

     vs.

CITY OF DAVIS POLICE DEPARTMENT, et al.,

                                <u>ORDER</u>

      Defendants.

_____/

        By order of July 24, 2007, plaintiffs were granted an extension of two months to respond to and appear for motions to dismiss originally set for hearing on July 26 and August 16, 2007. Both hearings were rescheduled to September 27, 2007, and oppositions were ordered to be filed by September 13, 2007, subject to objections by defendants. After defendants filed objections, plaintiffs were directed to submit medical records in support of their request. After reviewing the submitted medical records *in camera*, the court has determined that plaintiff Lasonja Porter's medical condition is not sufficiently severe to warrant such an extension of time. Therefore, oppositions shall be filed by September 6, 2007.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiffs shall file oppositions to defendants' motions to dismiss and to strike,

1

1  filed June 21 and July 13, 2007, by September 6, 2007.  Failure to file timely oppositions will
2  result in the motions being taken under submission without opposition or hearing.
3       2. Defendants may file replies by September 13, 2007.
4  DATED: 8/28/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
6  GGH:076 -Porter2099.opp.wpd     UNITED STATES MAGISTRATE JUDGE