IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LASONJA PORTER, et al.,

    Plaintiffs,   No. CIV S-06-2099 MCE GGH PS

  vs.

CITY OF DAVIS POLICE DEPARTMENT, et al.,

    Defendants.   ORDER

_____/

    Plaintiffs' motion for summary judgment presently is calendared for hearing on October 11, 2007. The motion was not properly noticed, however, and does not meet the pleading standards of Fed. R. Civ. P. 56 and E. D. Local Rule 56-260. Therefore, it will be vacated from the calendar.

    Accordingly, IT IS ORDERED that plaintiffs' motion for summary judgment, filed September 13 and 18, 2007, is vacated from the calendar for October 11, 2007.

DATED: 10/2/07

    /s/ Gregory G. Hollows

    _____
    GREGORY G. HOLLOWS
    U. S. MAGISTRATE JUDGE

GGH:076:Porter2099.vac.wpd

1