IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LASONJA PORTER, et al.,

      Plaintiff,                           No. CIV S-06-2099 MCE GGH PS

      vs.

CITY OF DAVIS POLICE

DEPARTMENT, et al.,

      Defendants.                  FINDINGS & RECOMMENDATIONS

_____/

        By order filed February 20, 2008, the amended complaint was dismissed, and plaintiff Jones was directed to file a second amended complaint. Also, plaintiff Jones was directed by order filed December 17, 2007, to submit a completed in forma pauperis application and affidavit within twenty days. The twenty day period has now expired, and plaintiff has not filed a second amended complaint, an in forma pauperis application, or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that plaintiff Jones be dismissed from this action with prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days

1

1 after being served with these findings and recommendations, plaintiff may file written objections
2 with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
3 and Recommendations."  Plaintiff is advised that failure to file objections within the
4 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
5 F.2d 1153 (9th Cir. 1991).
6 DATED: 05/16/08                                       /s/ Gregory G. Hollows
                                                                    _____
7                                                                   UNITED STATES MAGISTRATE JUDGE
porter.fta2