IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LASONJA PORTER, et al.,

       Plaintiff,                      No. CIV S-06-2099 MCE GGH PS

       vs.

CITY OF DAVIS POLICE DEPARTMENT, et al.,

                                    ORDER and

      Defendant.                FINDINGS & RECOMMENDATIONS

_____/

        By order filed July 28, 2008, plaintiff Jones was directed to file a second amended complaint within twenty days. The twenty day period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order. Defendants filed a motion to dismiss on August 29, 2008, based on plaintiff's failure to file the second amended complaint, which is set for hearing on October 9, 2008.

        IT IS ORDERED that the motion to dismiss (docket #62) is hereby vacated.

        IT IS RECOMMENDED that this action be dismissed with prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days

1

1  after being served with these findings and recommendations, plaintiff may file written objections
2  with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
3  and Recommendations."  Plaintiff is advised that failure to file objections within the
4  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
5  F.2d 1153 (9th Cir. 1991).

6  DATED: 09/19/08                                                /s/ Gregory G. Hollows

7                                                                              _____
                                                                                UNITED STATES MAGISTRATE JUDGE
   porter.fta-2